UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA PUTMAN, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WINCO HOLDINGS, INC., an Idaho Corporation; and DOES 1-50, inclusive<br><br>Defendants. | Case No. 2:21-cv-001760-MCE-JDP<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND TIME TO FILE JOINT DISCOVERY PLAN AND CORRESPONDING DEADLINES** |

Having reviewed the Parties Stipulation to Extend Time To File Joint Discovery Plan and Corresponding Deadlines in this matter, and good cause showing, the Court hereby grants the Parties' stipulated request to continue the Scheduling Conference.

**IT IS HEREBY ORDERED:**

1. The current deadlines for the Parties to file their Joint Discovery Plan are extended to 45 days after the last answer may be filed with the Court.

IT IS SO ORDERED.

DATED: November 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE