**ZAKAY LAW GROUP, APLC**
Shani O. Zakay (State Bar #277924)
shani@zakaylaw.com
Eden Zakay (State Bar #339536)
eden@zakaylaw.com
Jennifer Gerstenzang (State Bar #279810)
jenny@zakaylaw.com
Nicole Noursamadi (State Bar #357246)
nicole@zakaylaw.com
Jaclyn Joyce (State Bar #285124)
jaclyn@zakaylaw.com
Jackland K Hom (State Bar #327243)
jackland@zakaylaw.com
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 255-9047

**JCL LAW FIRM, APC**
Jean-Claude Lapuyade (State Bar #248676)
jclaude@jcl-lawfirm.com
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 599-8292

Attorneys for PLAINTIFF

**SEYFARTH SHAW LLP**
Kristina M. Launey, Esq.
klauney@seyfarth.com
Michael W. Kopp, Esq.
mkopp@seyfarth.com
Phillip J. Ebsworth, Esq.
pebsworth@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for DEFENDANT

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

GENEVA PUTMAN, on behalf of herself and on behalf of all persons similarly situated,

Plaintiff,

v.

WINCO HOLDINGS, INC, an Idaho Corporation; and DOES 1-50, Inclusive,

Defendants.

Case No. 2:21-CV-01760-TLN-SCR

**ORDER GRANTING JOINT MOTION AND STIPULATION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1) AND 23(E)**

-1-
ORDER GRANTING JOINT MOTION AND STIPULATION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1) AND 23(E)

Having considered the parties' Joint Motion and Stipulation Requesting Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1) and 23(e), it is hereby ordered that:

1.    Plaintiff's individual PAGA claims are dismissed without prejudice.

2.    Plaintiff's representative PAGA claims are dismissed without prejudice.

3.    Plaintiff's class action wage and hour claims are dismissed without prejudice.

4.    Plaintiff's individual wage and hour claims are dismissed without prejudice.

5.    Therefore, all pending deadlines in this action are vacated, and this action is dismissed in its entirety.

**IT IS SO ORDERED.**

DATED: February 20, 2026

_____
Troy L. Nunley
Chief United States District Judge

**ORDER GRANTING JOINT MOTION AND STIPULATION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1) AND 23(E)**